Julia C. McLean, by Margaret McLean, appellee, v. Consumers Company, appellant. Gen. No. 27,242.

Action for personal injuries received by plaintiff when an automobile in which she was riding was struck by an ice wagon in charge of defendant's servant. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed June 26, 1922. Rehearing denied July 10, 1922. *Certiorari* denied by Supreme Court (making opinion final).

McKinley & Schmauch, for appellant; W. W. Schmauch, of counsel. John A. Bloomingston, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

———

Annabella McKay, appellee, v. Mary Horwath, appellant. Gen. No. 27,251.

Action for malicious prosecution. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John A. Swanson, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded. Opinion filed June 26, 1922.

C. H. McDermott, for appellant. Edward E. Davies, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

———

Abraham Sitron, appellee, v. Joseph Kochanski, appellant. Gen. No. 27,260.

Motion to set aside a judgment for plaintiff, entered on a verdict in the absence of defendant and his counsel. Motion denied. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded. Opinion filed June 26, 1922.

Teller, Levit & Silvertrust, for appellant; Morris K. Levinson, of counsel. Edward Maher, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

———

Henry Krause, appellee, v. Crane Company, appellant. Gen. No. 27,312.

Action by plaintiff against his employer for damages resulting from his contracting tuberculosis while working on machinery not provided with blowers to protect employees from dust as required by statute. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Theodore Brentano, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed June 26, 1922. Rehearing denied July 10, 1922.

W. T. Alden, C. R. Latham, H. P. Young, Charles Martin and H. C. Lutkin, for appellant. Finn & Miller, for appellee; Robert S. Cook, of counsel.

Mr. Justice Matchett delivered the opinion of the court.